SEALED

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2002

at ___/___ o'clock and ___ min. ___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00260 DAE |
| Plaintiff, ) | |
| vs. ) | INDICTMENT |
| ) | [21 U.S.C. §§846 |
| MICHELLE UILANI ILAE     (01) ) | and 841(a)(1) & |
| WAYNE LOPAKA KAHALE     (02) ) | (b)(1)(A)] |
| aka: "Joe Myers" ) | |
| GABRIEL MANNY COSTA, III (03) ) | |
| YOLANDA MYERS             (04) ) | |
| ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about between a date unknown to the grand jury,

but at least on or before March 1, 2002, and continuing May 21,

2002,  in the District of Hawaii and elsewhere, MICHELLE ULILANI

ILAE, WAYNE LOPAKA KAHALE, aka: "Joe Myers" and GABRIEL MANNY

COSTA, III, the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>MANNER AND MEANS OF ACCOMPLISHING CONSPIRACY</u>

1.   In order to facilitate his plan to distribute and possess with intent to distribute crystal methamphetamine, MICHELLE UILANI ILAE, (ILAE) devised a scheme whereby she would acquire multi-pound quantities of crystal methamphetamine through sources in Nevada, and distribute the methamphetamine from her base of operations in Las Vegas, Nevada to Hawaii.

2.   Once ILAE acquired methamphetamine she would arrange for shipment to Hawaii by using package mailing services such as Federal Express or United Parcel Service.

3.   Once the methamphetamine had arrived in Hawaii, sub-distributors GABRIEL MANNY COSTA, III and WAYNE LOPAKA KAHALE, aka: "Joe Myers", would further distribute the methamphetamine to others working in conjunction with them to sell the methamphetamine to users and other dealers in Hawaii.

OVERT ACTS

        In furtherance of the aforesaid conspiracy, and in
order to accomplish the illegal objectives thereof, overt acts
were committed in the District of Hawaii and elsewhere by members
of the conspiracy, including, but not limited to, the following
acts:

        1.    Between January 1, 2002 and May 21, 2002, MICHELLE
UILANI ILAE distributed multi-pound quantities of methamphetamine
on multiple occassions to sub-distributors working in conjunction
with her in Hawaii by sending methamphetamine concealed in United
Parcel Service and Federal Express packages from Las Vegas,
Nevada to Hawaii.

        2.    At some time around early May, 2002, ILAE shipped
two separate packages containing multi-pound quantities of
methamphetamine to sub-distributors located in Waimanalo, Hawaii
from Las Vegas, Nevada.

        3.    On or about May 21, 2002, ILAE shipped via the
United Parcel Service approximately 2.5 pounds of methamphetamine
to GABRIEL MANNY COSTA, III (COSTA) to the address of 94-799
Kaaka Street, Waipahu, Hawaii, 96797.

        4.    On or about May 23, 2002, COSTA sent via Federal
Express $14,000 in U.S. currency to ILAE's post office box in Las
Vegas, Nevada.

5.  On or about May 24, 2002, COSTA accepted delivery of the United Parcel Service package.

6.  On or about May 21, 2002, ILAE shipped via the United Parcel Service approximately 2.5 pounds of methamphetamine to WAYNE LOPAKA KAHALE, under the fictitious name of "Joe Myers", to the address of 83 Kihapia Street, #106, Kailua, Hawaii 96734.

7.  On or about May 31, 2002, Yolanda Myers, the mother of WAYNE LOPAKE KAHALE, (KAHALE) accepted delivery of the package on his behalf.

8.  On or about May 31, 2002, KAHALE directed Myers to deliver the methamphetamine to him by bringing it to his grandmother's house and to conceal it by placing it in a garbage bag and place it in an exterior "rubbish" can.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 2</u>

The Grand Jury further charges:

On or about May 24, 2002, in the District of Hawaii, GABRIEL MANNY COSTA, III, the defendant, did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A).

4

<u>COUNT 3</u>

The Grand Jury further charges:

On or about May 31, 2002, in the District of Hawaii, YOLANDA MYERS, the defendant, did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A).

DATED: June 19, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

5